IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Curtis Q. Owens, #184674, | ) | C/A No. 1:08-2380-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Charleston City Police Dept., City of Charleston, Pvt. NFN Inabinett #1412, Cpl. NFN Emanuel #1036, Pvt. Shealy NFN, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed this action, which is construed as alleging violations of 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on June 17, 2011. [Entry #142]. As Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), on June 20, 2011, advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. [Entry #143]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending the case. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion.

On July 26, 2011, the court ordered Plaintiff to advise whether he wished to continue with the case by August 9, 2011. [Entry #147]. Plaintiff has filed no response. As such, it appears to the court that he does not oppose the motion and wishes to abandon

this action. Based on the foregoing, this action is dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

August 10, 2011
Florence, South Carolina

Shiva V. Hodges
United States Magistrate Judge